IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| LEE McDANIEL PARKER, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 5:15-CV-271-CAR-MSH |
| | : | Proceedings Under 42 U.S.C. § 1983 |
| Sheriff DAVID DAVIS, *et al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER ON UNITED STATES MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Report and Recommendation [Doc. 85] to grant Defendants Davis, Reece, Harmond, Nation, Barnes, Fair, James, Street, and Digby's Motions for Summary Judgment [Docs. 60, 66, 69]. On March 20, 2017, Plaintiff requested a 21-day extension of time to object. The Court ordered Plaintiff to file any objection by March 28, 2017. Although Plaintiff has not filed a formal objection to the Report and Recommendation, out of an abundance of caution, the Court construes Plaintiff's Motion for Extension of Time as an Objection and thus considers this case *de novo*. Having done so, the Court agrees with the Magistrate Judge's findings and conclusions. Accordingly, the Report and Recommendation [Doc. 85] is **HEREBY ADOPTED AND MADE THE ORDER OF THE COURT**; and Defendants' Motions for Summary Judgment [Docs. 60, 66, 69] are

1

**GRANTED**.  Thus, Defendants Davis, Reece, Harmond, Nation, Barnes, Fair, James, Street, and Digby are **DISMISSED** from this action.

**SO ORDERED,** this 31st day of March, 2017.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT
